Candace Kallen, 030938
**MY ARIZONA LAWYERS, PLLC**
1731 W. Baseline Rd., Ste. 101
Mesa, AZ 85202-5730
Tel: 480.833.8000 | Fax: 480.478.0714
Attorney email: Candace@MyAzLawyers.com
*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| **MATTHEW AARON FISCHER,** | Case No.: 2:23-bk-00715-BKM |
| Debtor. | **DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES (CLAIM 6) and REQUEST FOR ATTONREY FEES** |

COMES NOW the Debtor, Matthew Aaron Fischer, in the above proceedings, by and through counsel hereby object to the Notice of Post-Petition Mortgage Fee, Expenses and Charges filed on May 25, 2023, May 30, 2023 and September 7, 2023 on behalf of U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust (Claim 6):

Debtor asserts the fess charged are excessive and unreasonable. The fees charged on May 25, 2023 are $600.00 for Proof of Claim, $100 for Foreclosure fees, $175 for Plan Review, and $250.00 for Proof of Claim 410A for a total amount of $1,125. The fees charged on May 30, 2023 are $600.00 for Proof of Claim, $175 for Plan Review and $250 for Proof of Claim 410A for a total amount of $1025. The fee charged on September 7, 2023 is $400 for Plan Review. The three notices indicate that they <u>do not</u> supplement a prior notice

of post-petition fees expenses and charges. The total fees charged in the three notices total $2,550.  These fees are excessive, unreasonable and appear to be duplicating. The fees listed on the notices do not explain the time spent on task or the rate charged or who performed the work.  The debtor recommends said fees be allowed at the reduced amount of $800.00 and the remaining fees be disallowed.   Debtors should be awarded their attorney's fees for filing this objection.

    **NOTICE IS GIVEN** that the above claim be allowed with the priority as recommended above by the debtors unless, on or before twenty-one (21) days from service of the objection, the creditor files and serves a written response and request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of Court, and mails a copy thereof to the undersigned at 1731 W. Baseline Rd., Ste 101, Mesa AZ 85202-5730 .  If a response is not timely filed and served the objection may be sustained by the Court without further notice or hearing.

    A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed below.

DATED this 20th day of February, 2024.

                                                                My Arizona Lawyers, PLLC

                                                                */s/ Candace Kallen*
                                                                Candace Kallen
                                                                 *Attorney for Debtor*

A copy of the foregoing e/mailed
this 20th day of February, 2024 to:

Edward Maney
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003

GHIDOTTI | BERGER, LLP
Michelle R. Ghidotti-Gonsalves
1920 Old Tustin Avenue
Santa Ana, CA 92705
Attorney for U.S. Bank Trust National Association,
as Trustee of LB-Tiki Series V Trust

ALDRIDGE PITE, LLP
Josephine E. Salmon
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Attorney for Shellpoint Mortgage Servicing